UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV13-00070-SVW (AS) | Date | December 4, 2013 |
|---|---|---|---|
| Title | Jeff Scott v. San Bernardino County Sheriff's Dept, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On June 12, 2013, Plaintiff filed a Second Amended Complaint (Docket Entry No. 18). On October 2, 2013, Defendant Brenes filed a Motion to Dismiss ("Motion") (Docket Entry No. 34). On October 3, 2013, the Court issued an Order directing Plaintiff to file an Opposition no later than November 1, 2013 (Docket Entry No.36 ). As of today, however, Plaintiff has failed to file an Opposition or a request for an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE no later than **December 18, 2013** why this action should not be dismissed with prejudice for failure to prosecute.

**Plaintiff is explicitly cautioned that failure to timely file an Opposition or otherwise respond to this Order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |