UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV-13-0070 - SVW (AS) | Date | February 3, 2014 |
|---|---|---|---|
| Title | Jeff Scott, Plaintiff v. San Bernardino County Sheriff's Department, et al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On June 12, 2013, Plaintiff Jeff Scott filed a Second Amended Complaint ("SAC") (Docket Entry No. 18). On October 2, 2013, Defendant Joshua Brenes filed a Motion to Dismiss the SAC (Docket Entry No. 34). On December 26, 2013, pursuant to Plaintiff's motion, the Court extended the time for Plaintiff to file an Opposition to the Motion to Dismiss to January 20, 2014. To date, Plaintiff has failed to file an Opposition or request additional time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the Court should not dismiss this action for failure to prosecute. Plaintiff must file an Opposition to the pending motion no later than **February 18, 2014. Plaintiff is expressly warned that failure to file a timely response to this Order may result in a recommendation that this action be dismissed without prejudice for failure to comply with Court Orders. See Fed. R. Civ. P. 41(b).**