1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

JEFF SCOTT,                              )   NO. ED CV 13-0070-SVW (AS)
12
                              )
                    Plaintiff,           )
13                              )
              v.                         )   **ORDER ACCEPTING FINDINGS,**
14                              )
SAN BERNARDINO COUNTY                    )   **CONCLUSIONS AND RECOMMENDATIONS OF**
15   SHERIFF'S DEPT., et al.,            )
                              )              **UNITED STATES MAGISTRATE   JUDGE**
16                              )
                    Defendants.          )
17   _____ )

18

19

20       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Complaint, all of the records herein, and the Report and Recommendation
21
of United States Magistrate Judge.  The time for filing Objections to
22
the Report and Recommendation has passed and no Objections have been
23
received.  Accordingly, the Court accepts the findings, conclusions and
24
recommendations of the Magistrate Judge.
25
//
26
//
27

28

**IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 15, 2014.

_____
                STEPHEN V. WILSON
        UNITED STATES DISTRICT JUDGE