# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SCOTT, | NO. ED CV 13-0070-SVW (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAN BERNARDINO COUNTY SHERIFF'S DEPT., et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 15, 2014.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE